Decided October 25, 2005

### DEE PALAZZO *v.* STEPHEN DELROSE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 222 (AC 24897), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Patrick J. Filan,* in support of the petition.

*Amber J. Branciforte,* in opposition.

Decided October 25, 2005

### STATE OF CONNECTICUT *v.* GERMAN HERNANDEZ

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 169 (AC 25451), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided October 25, 2005